**UNITED STATES DISTRICT COURT**
**STATE OF MINNESOTA**

---

Shereese Myers, on behalf of herself and all others similarly situated,

Plaintiff,

v.

American Accounts & Advisers, Inc.,

Defendant.

Court File No. 00-CV-012 MJD/JGL

**STIPULATION FOR DISMISSAL AND ORDER**

---

Plaintiff and Defendant, by and through their respective counsel, hereby stipulate and agree that this action may be, and it hereby is, dismissed with prejudice and on the merits, and without an award of costs or disbursements to either party.

Dated: May 11, 2000

**BRUTLAG, HARTMANN & OKONESKI, P.A.**

By: ______________________
Michael L. Brutlag (123225)
Attorneys for Defendants
1100 Pillsbury Center, 200 South 6th Street
Minneapolis, MN 55402-1400
Telephone: (612) 630-3203

Dated: May 5th, 2000

**THE BARRY LAW OFFICE, LTD.**

By: ______________________
Peter F. Barry (266577)
Attorney for Plaintiff
1560 Beam Avenue, Suite A
St. Paul, MN 55109
Telephone: (651) 714-8800

MLB:1790-12.S46

FILED MAY 17 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______________
DEPUTY CLERK______________

Myers v. American Accounts 00-12 (MJD/JGL)

**ORDER**

Based upon the foregoing Stipulation of counsel, IT IS HEREBY ORDERED that the claims and defenses in the above-captioned action are hereby dismissed with prejudice, and without an award of costs or disbursements to any party.

Dated: 5-17, 2000

**BY THE COURT:**

Michael J. Davis
Michael J. Davis
United States District Court